UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN ROBBINS, as Administrator of the Estate of
WILLABELLE ROBBINS, Deceased                    Docket No. 1:23-CV-0072-MAD-DJS

                              *Plaintiff*,                    **STIPULATION**

      -against-

CLR NEW PALTZ, LLC, D/B/A NEW PALTZ
CENTER FOR REHABILITATION AND NURSING

                              *Defendant*.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for all parties, that this action be remanded to the Supreme Court of the State of New York, County of Ulster without costs or fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation affects any defense of immunity or defensive preemption under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant, CLR NEW PALTZ, LLC D/B/A NEW PALTZ CENTER FOR REHABILITATION AND NURSING time to appear, answer, move, or otherwise respond to the Complaint is hereby extended to and including July 20, 2023

Dated: New York, New York
       May 3, 2023

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: May 16, 2023
       Albany, NY

*Jeffrey A. Guzman, Esq.*
By: Jeffrey Guzman, Esq.
**Krentsel Guzman Herbert, LLP**
*Attorneys for Plaintiff*
17 Battery Place – Suite 604
New York, New York 10004

*Lori Semlies*
By: Lori Semlies, Esq.
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
*Attorneys for Defendant*
1133 Westchester Avenue
White Plains, New York 10604